IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TOISSANT D. BASSETT,** | ) | Civil Action No. 7:11-cv-00396 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GENE M. JOHNSON, et al.,** | ) | By:  Hon. Michael F. Urbanski |
| Respondents. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

Entered:  September 28, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge